USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___MAY 0 2 2007___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In Re                                                    :

                                                    :    Chapter II

                                                    :

CALPINE CORPORATION, <u>et</u> <u>al.</u>,              :    Case No. 05-60200 (BRL)

                                                    :

                                                    :    (Jointly Administered)

                                                    :

-----------------------------------------------------------X

HSBC BANK USA, NATIONAL                                   :
ASSOCIATION, AS INDENTURE                                 :
TRUSTEE,                                                  :    Case No. 1:07-cv-03088 (GBD)

                                                    :

        Appellant,                 :

                                                    :

    – against –                             :

                                                    :

CALPINE CORPORATION,                                      :

                                                    :

        Appellee.                  :

-----------------------------------------------------------X

HSBC BANK USA, NATIONAL                                   :
ASSOCIATION, AS INDENTURE                                 :
TRUSTEE,                                                  :    Case No. 1:07-cv-03122 (GBD)

                                                    :

        Appellant,                 :

                                                    :

    – against –                             :

                                                    :

CALPINE CORPORATION,                                      :

                                                    :

        Appellee.                  :

-----------------------------------------------------------X

HSBC BANK USA, NATIONAL                                   :
ASSOCIATION, AS INDENTURE                                 :
TRUSTEE,                                                  :    Case No. 1:07-cv-03124 (GBD)

                                                    :

        Appellant,                 :

                                                    :

    – against –                             :

                                                    :

CALPINE CORPORATION,                                      :

                                                    :

        Appellee.                  :

-----------------------------------------------------------X

3374945_3

```
------------------------------------------------------------x
```
**THE BANK OF NEW YORK, AS**      :
**ADMINISTRATIVE AGENT FOR THE**   :
**HOLDERS OF THE SECOND PRIORITY**  :
**SECURED TERM LOANS,**      :   Case No. 1:07-cv-03125 (GBD)

             :

      **Appellant,**    :

             :

     – against –     :

             :

**CALPINE CORPORATION,**     :

             :

      **Appellee.**    :
```
------------------------------------------------------------x
```
**THE BANK OF NEW YORK, AS**      :
**ADMINISTRATIVE AGENT FOR THE**   :
**HOLDERS OF THE SECOND PRIORITY**  :
**SECURED TERM LOANS,**      :   Case No. 1:07-cv-03126 (GBD)

             :

      **Appellant,**    :

             :

     – against –     :

             :

**CALPINE CORPORATION,**     :

             :

      **Appellee.**    :
```
------------------------------------------------------------x
```
**THE BANK OF NEW YORK, AS**      :
**ADMINISTRATIVE AGENT FOR THE**   :
**HOLDERS OF THE SECOND PRIORITY**  :
**SECURED TERM LOANS,**      :   Case No. 1:07-cv-03127 (GBD)

             :

      **Appellant,**    :

             :

     – against –     :

             :

**CALPINE CORPORATION,**     :

             :

      **Appellee.**    :
```
------------------------------------------------------------x
```

3374945_3

```
--------------------------------------------------x
WILMINGTON TRUST COMPANY,        :      Case No. 1:07-cv-03187 (GBD)
                                 :
             Appellant,          :
                                 :
          – against –            :
                                 :
CALPINE CORPORATION,             :
                                 :
             Appellee.           :
--------------------------------------------------x
WILMINGTON TRUST COMPANY,        :      Case No. 1:07-cv-03188 (GBD)
                                 :
             Appellant,          :
                                 :
          – against –            :
                                 :
CALPINE CORPORATION,             :
                                 :
             Appellee.           :
--------------------------------------------------x
WILMINGTON TRUST COMPANY,        :      Case No. 1:07-cv-03189 (GBD)
                                 :
             Appellant,          :
                                 :
          – against –            :
                                 :
CALPINE CORPORATION,             :
                                 :
             Appellee.           :
--------------------------------------------------x
WILMINGTON TRUST COMPANY,        :      Case No. 1:07-cv-03190 (GBD)
                                 :
             Appellant,          :
                                 :
          – against –            :
                                 :
CALPINE CORPORATION,             :
                                 :
             Appellee.           :
--------------------------------------------------x
```

3374945_3

```
-----------------------------------------------x
WILMINGTON TRUST COMPANY,              :        Case No. 1:07-cv-03191 (GBD)
                                       :
            Appellant,                 :
                                       :
        – against –                    :
                                       :
CALPINE CORPORATION,                   :
                                       :
            Appellee.                  :
-----------------------------------------------x
WILMINGTON TRUST COMPANY,              :        Case No. 1:07-cv-03192 (GBD)
                                       :
            Appellant,                 :
                                       :
        – against –                    :
                                       :
CALPINE CORPORATION,                   :
                                       :
            Appellee.                  :
-----------------------------------------------x
WILMINGTON TRUST COMPANY,              :        Case No. 1:07-cv-03193 (GBD)
                                       :
            Appellant,                 :
                                       :
        – against –                    :
                                       :
CALPINE CORPORATION,                   :
                                       :
            Appellee.                  :
-----------------------------------------------x
WILMINGTON TRUST COMPANY,              :        Case No. 1:07-cv-03194 (GBD)
                                       :
            Appellant,                 :
                                       :
        – against –                    :
                                       :
CALPINE CORPORATION,                   :
                                       :
            Appellee.                  :
-----------------------------------------------x
```

3374945_3

```
------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN       :
ITS CAPACITY AS INDENTURE             :
TRUSTEE,                              :        Case No. 1:07-CV-03195 (GBD)
                                      :
                Appellant,            :
                                      :
            – against –               :
                                      :
CALPINE CORPORATION,                  :
                                      :
                Appellee.             :
------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN       :
ITS CAPACITY AS INDENTURE,            :
TRUSTEE,                              :        Case No. 1:07-cv-03196 (GBD)
                                      :
                Appellant,            :
                                      :
            - against -               :
                                      :
CALPINE CORPORATION,                  :
                                      :
                Appellee.             :
------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN       :
ITS CAPACITY AS INDENTURE             :
TRUSTEE,                              :        Case No. 1:07-cv-03197 (GBD)
                                      :
                Appellant,            :
                                      :
            – against –               :
                                      :
CALPINE CORPORATION,                  :
                                      :
                Appellee.             :
------------------------------------------------x
```

3374945_3



```
---------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN     :
ITS CAPACITY AS INDENTURE           :
TRUSTEE,                            :        Case No. 1:07-cv-03198 (GBD)
                                    :
              Appellant,            :
                                    :
        -- against --               :
                                    :
CALPINE CORPORATION,                :
                                    :
              Appellee.             :
---------------------------------------------------------x
MANUFACTURERS AND TRADERS           :
TRUST COMPANY,                      :        Case No. 1:07-cv-03199 (GBD)
                                    :
              Appellant,            :
                                    :
        -- against --               :
                                    :
CALPINE CORPORATION,                :
                                    :
              Appellee.             :
---------------------------------------------------------x
MANUFACTURERS AND TRADERS           :
TRUST COMPANY, AS INDENTURE         :
TRUSTEE,                            :        Case No. 1:07-cv-03200 (GBD)
                                    :
              Appellant,            :
                                    :
        -- against --               :
                                    :
CALPINE CORPORATION,                :
                                    :
              Appellee.             :
---------------------------------------------------------x
MANUFACTURERS AND TRADERS           :
TRUST COMPANY, AS INDENTURE         :
TRUSTEE,                            :        Case No. 1:07-cv-03201 (GBD)
                                    :
              Appellant,            :
                                    :
        -- against --               :
                                    :
CALPINE CORPORATION,                :
                                    :
              Appellee.             :
---------------------------------------------------------x
```

3374945_3

```
------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF EQUITY    :
SECURITY HOLDER OF CALPINE          :
CORPORATION, ET AL.,                :    Case No. 1:07-cv-03202 (GBD)
                                    :
            Appellants,             :
                                    :
          - against -               :
                                    :
THE BANK OF NOVA SCOTIA, AS         :
ADMINISTRATIVE AGENT,               :
WILMINGTON TRUST FSB, AS            :
INDENTURE TRUSTEE,                  :
WILMINGTON TRUST COMPANY, AS        :
COLLATERAL AGENT,                   :
WILMINGTON TRUST COMPANY, AS        :
ADMINISTRATIVE AGENT,               :
HSBC BANK USA, NATIONAL             :
ASSOCIATION, AS INDENTURE TRUSTEE,  :
THE BANK OF NEW YORK, AS            :
ADMINISTRATIVE AGENT,               :
MANUFACTURERS & TRADERS TRUST       :
COMPANY, AS INDENTURE TRUSTEE       :
                                    :
            Appellees.              :
------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF EQUITY    :
SECURITY HOLDERS OF CALPINE         :
CORPORATION, ET AL.,                :    Case No. 1:07-cv-03203 (GBD)
                                    :
            Appellants.             :
                                    :
          - against -               :
                                    :
THE BANK OF NOVA SCOTIA,  AS        :
ADMINISTRATIVE AGENT,               :
WILMINGTON TRUST FSB, AS            :
INDENTURE TRUSTEE,                  :
WILMINGTON TRUST COMPANY, AS        :
COLLATERAL AGENT,                   :
WILMINGTON TRUST COMPANY, AS        :
ADMINISTRATIVE AGENT,               :
HSBC BANK USA, NATIONAL             :
ASSOCIATION, AS INDENTURE TRUSTEE,  :
THE BANK OF NEW YORK, AS            :
ADMINISTRATIVE AGENT,               :
MANUFACTURERS & TRADERS TRUST       :
COMPANY, AS INDENTURE TRUSTEE       :
                                    :
            Appellees.              :
------------------------------------------------------------x
```

3374945_3



```
------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF EQUITY      :
SECURITY HOLDERS OF CALPINE           :
CORPORATION, ET AL.,                  :     Case No. 1:07-cv-03204 (GBD)
                                      :
            Appellants.               :
                                      :
          - against -                 :
                                      :
THE BANK OF NOVA SCOTIA, AS           :
ADMINISTRATIVE AGENT,                 :
WILMINGTON TRUST FSB, AS              :
INDENTURE TRUSTEE,                    :
WILMINGTON TRUST COMPANY, AS          :
COLLATERAL AGENT,                     :
WILMINGTON TRUST COMPANY, AS          :
ADMINISTRATIVE AGENT,                 :
HSBC BANK USA, NATIONAL               :
ASSOCIATION, AS INDENTURE TRUSTEE,    :
THE BANK OF NEW YORK, AS              :
ADMINISTRATIVE AGENT,                 :
MANUFACTURERS & TRADERS TRUST         :
COMPANY, AS INDENTURE TRUSTEE         :
                                      :
            Appellees.                :
------------------------------------------------------------x
CALPINE CORPORATION, et al.,          :
                                      :
            Appellant,                :     Case No. 1:07-cv-03266 (GBD)
                                      :
          – against –                 :
                                      :
                                      :
WILMINGTON TRUST FSB, et al.,         :
                                      :
            Appellee.                 :
------------------------------------------------------------x
CALPINE CORPORATION,                  :
                                      :
            Appellant,                :     Case No. 1:07-cv- 3267 (GBD)
                                      :
                                      :
          – against –                 :
                                      :
HSBC BANK USA, NATIONAL               :
ASSOCIATION, AS INDENTURE             :
TRUSTEE, THE BANK OF NEW YORK,        :
AS ADMINISTRATIVE AGENT,              :
WILMINGTON TRUST FSB, AS              :
INDENTURE TRUSTEE, WILMINGTON         :
```

3374945_3

TRUST COMPANY, AS ADMINISTRATIVE    :
AGENT, WILMINGTON TRUST COMPANY,    :
AS COLLATERAL AGENT, AND    :
MANUFACTURERS & TRADERS TRUST    :
COMPANY, AS INDENTURE TRUSTEE,    :
                                    :
               Appellee.    :
-------------------------------------------------------------x
CALPINE CORPORATION,    :
                                    :
               Appellant,    :        Case No. 1:07-cv-3268 (GBD)
                                    :
          – against –    :
                                    :
HSBC BANK USA, NATIONAL    :
ASSOCIATION, AS INDENTURE    :
TRUSTEE, THE BANK OF NEW YORK,    :
AS ADMINISTRATIVE AGENT,    :
WILMINGTON TRUST FSB, AS    :
INDENTURE TRUSTEE, WILMINGTON    :
TRUST COMPANY, AS ADMINISTRATIVE    :
AGENT, WILMINGTON TRUST COMPANY,    :
AS COLLATERAL AGENT, AND    :
MANUFACTURERS & TRADERS TRUST    :
COMPANY, AS INDENTURE TRUSTEE,    :
                                    :
               Appellee.    :
-------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF    :
UNSECURED CREDITORS OF CALPINE    :
CORPORATION, ET AL.,    :        Case No. 1:07-cv-3263 (GBD)
                                    :
               Appellants.    :
                                    :
          - against -    :
                                    :
HSBC BANK USA, NATIONAL    :
ASSOCIATION, AS INDENTURE    :
TRUSTEE, THE BANK OF NEW YORK,    :
AS ADMINISTRATIVE AGENT,    :
WILMINGTON TRUST FSB, AS    :
INDENTURE TRUSTEE, WILMINGTON    :
TRUST COMPANY, AS ADMINISTRATIVE    :
AGENT, WILMINGTON TRUST COMPANY,    :
AS COLLATERAL AGENT, AND    :
MANUFACTURERS & TRADERS TRUST    :
COMPANY, AS INDENTURE TRUSTEE,    :
                                    :
               Appellees.    :
-------------------------------------------------------------x

3374945_3



```
------------------------------------------------------x
```
**THE OFFICIAL COMMITTEE OF**       :
**UNSECURED CREDITORS OF CALPINE**    :
**CORPORATION, ET AL.,**             :       **Case No. 1:07-cv-3264 (GBD)**
                                 :
              **Appellants.**        :
                                 :
          **- against -**         :
                                 :
**HSBC BANK USA, NATIONAL**        :
**ASSOCIATION, AS INDENTURE**      :
**TRUSTEE, THE BANK OF NEW YORK,**  :
**AS ADMINISTRATIVE AGENT,**      :
**WILMINGTON TRUST FSB, AS**        :
**INDENTURE TRUSTEE, WILMINGTON**  :
**TRUST COMPANY, AS ADMINISTRATIVE** :
**AGENT, WILMINGTON TRUST COMPANY,** :
**AS COLLATERAL AGENT, AND**      :
**MANUFACTURERS & TRADERS TRUST**  :
**COMPANY, AS INDENTURE TRUSTEE,**  :
                                 :
              **Appellees.**         :
```
------------------------------------------------------x
```
**THE OFFICIAL COMMITTEE OF**       :
**UNSECURED CREDITORS OF CALPINE**    :
**CORPORATION, ET AL.,**             :       **Case No. 1:07-cv-3265 (GBD)**
                                 :
              **Appellants.**        :
                                 :
          **- against -**         :
                                 :
**HSBC BANK USA, NATIONAL**        :
**ASSOCIATION, AS INDENTURE**      :
**TRUSTEE, THE BANK OF NEW YORK,**  :
**AS ADMINISTRATIVE AGENT,**      :
**WILMINGTON TRUST FSB, AS**        :
**INDENTURE TRUSTEE, WILMINGTON**  :
**TRUST COMPANY, AS ADMINISTRATIVE** :
**AGENT, WILMINGTON TRUST COMPANY,** :
**AS COLLATERAL AGENT, AND**      :
**MANUFACTURERS & TRADERS TRUST**  :
**COMPANY, AS INDENTURE TRUSTEE,**  :
                                 :
              **Appellees.**        :
```
------------------------------------------------------x
```

3374945_3

**STIPULATION AND AGREED ORDER CONSOLIDATING APPEALS FROM
ORDERS OF THE BANKRUPTCY COURT**

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for

the respective parties, and, upon approval of the Court, shall be deemed ORDERED, as follows:

    1.    Each of the above appeals shall be consolidated for all purposes.

    2.    The caption for the consolidated appeals shall be as follows:

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| | : | |
| **CALPINE CORPORATION, et al.,** | : | **Case No. 05-60200 (BRL)** |
| | : | |
| | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| **HSBC BANK USA, NATIONAL** | : | |
| **ASSOCIATION, AS INDENTURE** - | : | |
| **TRUSTEE, THE BANK OF NEW YORK,** | : | **Case No. 1:07-cv-03088 (GBD)** |
| **AS ADMINISTRATIVE AGENT,** | : | |
| **WILMINGTON TRUST FSB, AS** | : | |
| **INDENTURE TRUSTEE, WILMINGTON** | : | |
| **TRUST COMPANY, AS ADMINISTRATIVE** | : | |
| **AGENT, WILMINGTON TRUST COMPANY,** | : | |
| **AS COLLATERAL AGENT, AND** | : | |
| **MANUFACTURERS & TRADERS TRUST** | : | |
| **COMPANY, AS INDENTURE TRUSTEE** | : | |
| | : | |
| **Appellants,** | : | |
| | : | |
| **– against –** | : | |
| | : | |
| **CALPINE CORPORATION, THE OFFICIAL** | : | |
| **COMMITTEE OF UNSECURED** | : | |
| **CREDITORS OF CALPINE CORPORATION,** | : | |
| **AND THE OFFICIAL COMMITTEE OF** | : | |
| **EQUITY SECURITY HOLDERS** | : | |
| | : | |
| **Appellees.** | : | |

---------------------------------------------------------x

3374945_3

```
-----------------------------------------------------x
CALPINE CORPORATION, THE OFFICIAL    :
COMMITTEE OF UNSECURED               :
CREDITORS OF CALPINE CORPORATION,    :
AND THE OFFICIAL COMMITTEE OF        :
EQUITY SECURITY HOLDERS,             :
                                     :
                 Appellants,         :
                                     :
              – against –            :
                                     :
HSBC BANK USA, NATIONAL              :
ASSOCIATION, AS INDENTURE            :
TRUSTEE, THE BANK OF NEW YORK,       :
AS ADMINISTRATIVE AGENT,             :
WILMINGTON TRUST FSB, AS             :
INDENTURE TRUSTEE, WILMINGTON        :
TRUST COMPANY, AS ADMINISTRATIVE     :
AGENT, WILMINGTON TRUST COMPANY,     :
AS COLLATERAL AGENT, AND             :
MANUFACTURERS & TRADERS TRUST        :
COMPANY, AS INDENTURE TRUSTEE,       :
                                     :
                 Appellees.          :
-----------------------------------------------------x
```

DATED: New York, NY
        April 25, 2007

By _____          By _____

ROPES & GRAY LLP                    KIRKLAND & ELLIS LLP
1211 Avenue of the Americas         153 East 53rd Street
New York, NY 10036-8704             New York, NY 10022-4611
Telephone: (212) 596-9000           Telephone: (212) 446-4800
Facsimile: (212) 596-9090           Facsimile: (212) 446-4900
Mark I. Bane, Esq. (MB 4883)        Richard M. Cieri, Esq. (RC 6062)
Mark R. Somerstein, Esq. (MS        Mark Kieselstein, Esq. (admitted pro hac
9721)                               vice)
David S. Elkind, Esq. (DE 4054)     David Seligman, Esq. (admitted pro hac
                                    vice)
*Attorneys for HSBC Bank USA,*      Edward O. Sassower, Esq. (ES 5823)
*National Association, as Indenture* Jeffrey S. Powell, Esq. (admitted pro hac
*Trustee under the Second Priority* vice)
*Indenture and for The Bank of New* Stephen E. Hessler, Esq. (admitted pro hac
*York, as Administrative Agent under* vice)
*the Second Priority Credit and*
*Guarantee Agreement with respect*  *Attorneys for Debtors Calpine*
*to certain Second Priority Secured* *Generating Company, LLC, CalGen*
*Institutional Term Loans*          *Finance Corp., Calpine Corporation,*
                                    *and Each of their Debtor Subsidiaries*
                                    *and Affiliates Listed in Exhibit 1*

3374945_3



By _____

    NIXON PEABODY LLP
    437 Madison Avenue
    New York, NY 10022
    Telephone: (212) 940-3000
    Facsimile: (212) 940-3111
    Chris Desiderio, Esq. (CD 6929)
    Richard C. Pedone, Esq. (admitted pro hac vice)
    Amanda D. Darwin, Esq. (AD 2719)

    *Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, NY 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Martin J. Bienenstock, Esq. (MB 3001)
    Judy G.Z. Liu, Esq. (JL 6449)
    Penny P. Reid, Esq. (PR 5699)

    *Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____

    AKIN GUMP STRAUSS HAUER & FELD LLP
    590 Madison Avenue
    New York, NY 10022
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    Fred S. Hodara, Esq. (FH 7947)
    Michael S. Stamer, Esq. (MS 4900)
    Philip Dublin, Esq. (PD 4919)
    Alexis Freeman, Esq. (AF 0328)
    Robert A. Johnson, Esq. (RJ 6553)

    *Attorneys for the Official Committee of Unsecured Creditors*

By _____

    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    One New York Plaza
    New York, NY 10004
    Telephone: (212) 859-8000
    Facsimile: (212) 859-4000
    Gary L. Kaplan, Esq. (GK 4542)
    Brad E. Scheler, Esq. (BS 8019)
    Adrian Feldman, Esq. (AF 2478)

    *Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April     , 2007

3374945_3

By _(signature)_

By _____

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro
hac vice)
Amanda D. Darwin, Esq. (AD 2719)

_Attorneys for Wilmington Trust
FSB, as Indenture Trustee under the
First Priority Indenture, Wilmington
Trust Company, as Collateral
Agent, and Wilmington Trust
Company, as Administrative Agent
under the Credit and Guarantee
Agreement with respect to certain
First Priority Security Institutional
Term Loans_

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

_Attorneys for Manufacturers & Traders
Trust Company, as Indenture Trustee
under the Third Priority Indenture_

By _____

AKIN GUMP STRAUSS HAUER
& FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

_Attorneys for the Official Committee
of Unsecured Creditors_

By _____

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

_Attorneys for the Official Committee of
Equity Security Holders of Calpine
Corporation, et al._

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April      , 2007

3374945_3

By _____

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April      , 2007

3374945_3

By _____

    NIXON PEABODY LLP
    437 Madison Avenue
    New York, NY 10022
    Telephone: (212) 940-3000
    Facsimile: (212) 940-3111
    Chris Desiderio, Esq. (CD 6929)
    Richard C. Pedone, Esq. (admitted pro
    hac vice)
    Amanda D. Darwin, Esq. (AD 2719)

    *Attorneys for Wilmington Trust*
    *FSB, as Indenture Trustee under the*
    *First Priority Indenture, Wilmington*
    *Trust Company, as Collateral*
    *Agent, and Wilmington Trust*
    *Company, as Administrative Agent*
    *under the Credit and Guarantee*
    *Agreement with respect to certain*
    *First Priority Security Institutional*
    *Term Loans*

By _____

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, NY 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Martin J. Bienenstock, Esq. (MB 3001)
    Judy G.Z. Liu, Esq. (JL 6449)
    Penny P. Reid, Esq. (PR 5699)

    *Attorneys for Manufacturers & Traders*
    *Trust Company, as Indenture Trustee*
    *under the Third Priority Indenture*

By _____

    AKIN GUMP STRAUSS HAUER
    & FELD LLP
    590 Madison Avenue
    New York, NY 10022
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    Fred S. Hodara, Esq. (FH 7947)
    Michael S. Stamer, Esq. (MS 4900)
    Philip Dublin, Esq. (PD 4919)
    Alexis Freeman, Esq. (AF 0328)
    Robert A. Johnson, Esq. (RJ 6553)

    *Attorneys for the Official Committee*
    *of Unsecured Creditors*

By _____

    FRIED, FRANK, HARRIS, SHRIVER
    & JACOBSON LLP
    One New York Plaza
    New York, NY 10004
    Telephone: (212) 859-8000
    Facsimile: (212) 859-4000
    Gary L. Kaplan, Esq. (GK 4542)
    Brad E. Scheler, Esq. (BS 8019)
    Adrian Feldman, Esq. (AF 2478)

    *Attorneys for the Official Committee of*
    *Equity Security Holders of Calpine*
    *Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
        HON. GEORGE B. DANIELS

Dated: April  , 2007
      MAY 0 2 2007

3374945_3